**GRAND HAVEN STAMPED PRODUCTS COMPANY, Plaintiff–Appellee,**

v.

**DURA AUTOMOTIVE SYSTEMS, INC., Defendant–Appellant.**

**Dura Operating Corp., Plaintiff–Appellant,**

v.

**Grand Haven Stamped Products Company and JSJ Corp., Defendants–Appellees.**

**No. 04–1453.**

United States Court of Appeals, Federal Circuit.

Feb. 15, 2005.

Before MICHEL, Chief Judge, LOURIE and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.